Paul B. Liu, Esq.
(Bar #: 132613)
369 Pine Street, Suite 622
San Francisco, CA 94104
Phone: (415)421-2779
Fax:    (415)421-3669

Attorney for Debtor
MICHAEL CHIU HUNG WONG

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re

MICHAEL CHIU HUNG WONG

Debtor

)  Case No.: 10-31808
)
)  Chapter 13
)
)  DECLARATION OF MICHAEL CHIU HUNG
)  WONG IN SUPPORT OF REAFFIRMATION
)
)  Date: 07/23/2010
)  Time: 9:30 A.M.
)  CTRM: 23

I, Michael Chiu Hung, declare:

1.      I am the petitioner of the above-captioned bankruptcy proceeding.

2.      I have personal knowledge of the information contained herein, and if called upon to testify, I could competently testify to the same.

3.      I and my son, Wingkue Wong, jointly purchased a 2008 Mitsubishi in April 2007 with $500.00 as down payment (Exhibit 1).  The car loan with Center One Financial Services was in my name only because at that time my son was a college student and had no credit history.  The insurance of the car was purchased in both our names. (Exhibit 2)  My son has been making the monthly car loan and insurance payments since August 2008, when he graduated from University of California Santa Cruz as a science major and found a steady job. (Exhibit 3, a copy of the first page of my son's bank statement showing the

Declaration of Micheal Wong/In re Michael Wong 1

last four digits of the account as 9684, and Exhibit 4, showing monthly payments to Center One Financial Services from the same account.)

I declare under the penalty of perjury under the laws of the United States that foregoing is true and correct.

Dated: __07/14/2010_____          /s/*Michael Chiu Hung Wong*_____
                                    Michael Chiu Hung Wong

Declaration of Micheal Wong/In re Michael Wong 2